```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE ERBO aka Miguel A. Garcia-Velez        :
                                            :
                        Plaintiff,          :    08cv2881(HB)
    -against-                               :    97cr1105(HB)
                                            :    ORDER
UNITED STATES OF AMERICA,                   :
                                            :
                        Defendant.          :
------------------------------------------------------------x
```

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

**Hon. HAROLD BAER, Jr., District Judge:**

WHEREAS, on February 19, 2008, Plaintiff Miguel A. Garcia-Velez, aka Jose Erbo, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255; and

WHEREAS Assistant United States Attorney Antonia Epps has succeeded the original Assistant assigned to the underlying criminal matter, 97cr1105, and received a copy of the petition directly from the petitioner; and

WHEREAS on February 29, 2008 this Court ordered that the time to respond to the petition would be April 9, 2008; it is hereby

ORDERED that the February 29, 2008 endorsement under docket number 97cr1105 is vacated and replaced by this order with this appropriate civil docket number 08cv2881; and it is further

ORDERED that Assistant United States Attorney Antonia Epps is directed to respond to the Petitioner's motion by April 9, 2008; and it is further

ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with any other relevant materials in his possession.

**SO ORDERED**
~~March~~, 2008  April 3, 2008
**New York, New York**

_____
U.S.D.J.